Ronnie Bass
V.
State of Texas

PD-0721-15

PD
COA 05-13-00518-CR

IN THE COURT
OF CRIMINAL
APPEALS, AUSTIN, TX

## MOTION FOR AN EXTENTION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW

COMES NOW Ronnie Bass petitioner and files this motion for an extention of time to file a pdr and in support shows the following;

1. Petitioner was convicted of Capital Murder in the 195 Judicial District - Trial Court Cause # F-11-26843-N

2. The 5th Court of Appeals in Dallas, TX affirmed this conviction in a Memorardum opinion not designated for public. May 28th, 2015. Bass V. State 05-13-00518-CR.

3. Currently he has the deadline of June 27 2015 to file a pdr with the Court of Criminal Appeals. He currently asks the Court for a 60day extention beyond this deadline to file this petition. He seeks this extra time due to his indigence and having to file a pro se brief. Currently he needs additional time to research viable issues and put together this petition.

WHEREFORE PREMISES CONSIDERED petitioner prays the Court GRANT this motion and extend the deadline to file his pdr an additional 60 days.

Dated and Submitted this 9 day of June 2015,

Respectfully Submitted,
Mr. R. Bass

Ronnie Bass # 0184811
Robertson Unit
12071 F.M. 3522
Abilene, TX 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 12 2015

FILED IN
COURT OF CRIMINAL APPEALS
JUN 12 2015
Abel Acosta, Clerk